**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.:** |
| | ) | |
| **V.** | ) | **Violation: 50 U.S.C. § 797 (Penalty for** |
| | ) | **violation of security regulations and orders)** |
| **CHARLES D. HARRIS** | ) | |
| | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**<u>COUNT ONE</u>**

(VIOLATION OF SECURITY AND REGULATIONS)

That on or about 14 November 2025, in the Macon Division of the Middle District of Georgia, on the Robins Air Force Base, the defendant,

**CHARLES D. HARRIS,**

on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is Robins Air Force Base, Warner Robins, Houston County, Georgia, did willfully violate a defense property security regulation, to wit: Robins Air Force Base 31-101 Integrated Defense Plan, by knowingly and unlawfully transporting a firearm aboard said installation in a vehicle without authorization, in violation of Title 50, United States Code, Section 797.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

BY:    /S/ DIEM A. NGUYEN
DIEM A. NGUYEN
TEXAS Bar No.: 24121034
Special Assistant U.S. Attorney
United States Attorney's Office

Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 222-0548


BY:    /S/ LARRY S. LYNN
       LARRY S. LYNN
       FLORIDA Bar No.: 1064975
       Special Assistant U.S. Attorney
       United States Attorney's Office
       Middle District of Georgia
       P.O. Box 1702
       Macon, Georgia 31202
       Telephone: (478) 222-0568